UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| M. SCOTT BREWER, JAMES E. BROWN, SR., MARCUS ESTLACK, KEITH McCLANAHAN, JEREMY JEFFERS, GLENN JEFFRIES, WILLIAM WATERKOTTE, ANDREW WISEMAN, DENZIL MALONE and GARY R. REED, in Their Capacities as Trustees for the CARPENTERS PENSION FUND OF WEST VIRGINIA, Derivatively on Behalf of EXPRESS SCRIPTS HOLDING COMPANY, | : <br> : <br> 16-cv-07500-ER <br> : <br> : <br> : <br> : |
| Plaintiffs, | : |
| - against - | : |
| MAURA C. BREEN, WILLIAM J. DeLANEY, ELDER GRANGER, NICHOLAS J. LaHOWCHIC, THOMAS P. MAC MAHON, FRANK MERGENTHALER, WOODROW A. MYERS, JR., RODERICK A. PLAMORE, GEORGE PAZ, WILLIAM L. ROPER, SEYMOUR STERNBERG, CHRISTOPHER A. McGINNIS, DAVID QUELLER, ERIC R. SLUSSER, TIMOTHY WENTWORTH, GARY G. BENANAV, JAMES M. HAVEL and CHRISTOPHER K. KNIBB, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants, | : |
| - and - | : |
| EXPRESS SCRIPTS HOLDING COMPANY, a Delaware corporation, | : <br> : |
| Nominal Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF DEFENDANTS' MOTION TO**
**(A) STAY THIS ACTION IN DEFERENCE TO PENDING RELATED ACTIONS**
**OR (B) IN THE ALTERNATIVE, DISMISS PURSUANT TO RULES 23.1 AND 12(b)(6)**

PLEASE TAKE NOTICE that, upon the Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, Unjust Enrichment and Corporate Waste, filed September 26, 2016; the accompanying Memorandum of Law in Support of Defendants' Motion to (A) Stay This Action in Deference to Pending Related Actions or (B) in the Alternative, Dismiss Pursuant to Rules 23.1 and 12(b)(6); the accompanying Declaration of Scott D. Musoff, dated June 29, 2017, and exhibits thereto; and upon all prior papers and proceedings herein, Defendants will move this Court, before the Honorable Edgardo Ramos, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time designated by the Court, for an Order to stay this matter; or pursuant to Federal Rules of Civil Procedure 23.1 and 12(b)(6), for an Order (a) dismissing the Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, Unjust Enrichment and Corporate Waste with prejudice; and (b) granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
June 29, 2017

/s/ Scott D. Musoff
Jay B. Kasner
(jay.kasner@skadden.com)
Scott D. Musoff
(scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Phone: (212) 735-3000

Paul J. Lockwood
(paul.lockwood@skadden.com)
Jenness E. Parker
(jenness.parker@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square  920 N. King Street
Wilmington, Delaware 19801
Phone: (302) 651-3000

*Attorneys for Defendants Maura C. Breen, William J. Delaney, Elder Granger, Nicholas J. LaHowchic, Thomas P. Mac Mahon, Frank Mergenthaler, Woodrow A. Myers, Jr., Roderick A. Palmore, George Paz, William L. Roper, Seymour Sternberg, Christopher A. McGinnis, David Queller, Eric R. Slusser, Timothy Wentworth, Gary G. Benanav, James M. Havel, Christopher K. Knibb, and Nominal Defendant Express Scripts Holding Company*

TO: Benny C. Goodman, III
Erik W. Luedeke
ROBBINS, GELLER, RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101
Phone: (619) 231-1058
bennyg@rgrdlaw.com
eluedeke@rgrdlaw.com

Samuel H. Rudman
ROBBINS, GELLER, RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, New York 11747
Phone: (631) 367-7100
srudman@rgrdlaw.com

*Counsel for Plaintiffs M. Scott Brewer,
James E. Brown, Sr., Marcus Estlack,
Keith McClanahan, Jeremy Jeffers,
Glenn Jeffries, William Waterkotte,
Andrew Wiseman, Denzil Malone
and Gary R. Reed in Their Capacities
as Trustees for the Carpenters Pension
Fund of West Virginia*