UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
M. SCOTT BREWER, JAMES E. BROWN, SR.,
MARCUS ESTLACK, KEITH McCLANAHAN,
JEREMY JEFFERS, GLENN JEFFRIES,
WILLIAM WATERKOTTE, ANDREW
WISEMAN, DENZIL MALONE and GARY R.
REED, in their capacities as Trustee for the
CARPENTERS PENSION FUND OF WEST
VIRGINIA, derivatively on behalf of EXPRESS
SCRIPTS HOLDING COMPANY,

                          Plaintiffs,

         -against-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/18

16 **CIVIL** 7500 (ER)

## **JUDGMENT**

MAURA C. BREEN, WILLIAM J. DeLANEY,
ELDER GRANGER, NICHOLAS J.
LaHOWCHIC, THOMAS P. MAC MAHON,
FRANK MERGENTHALER, WOODROW A.
MYERS, JR., RODERICK A. PALMORE,
GEORGE PAZ, WILLIAM L. ROPER,
SEYMOUR STERNBERG, CHRISTOPHER A.
McGINNIS, DAVID QUELLER, ERIC R.
SLUSSER, TIMOTHY WENTWORTH, GARY
G. BENANAV, JAMES M. HAVEL, and
CHRISTOPHER K. KNIBB,

                          Defendants.

         -against-

EXPRESS SCRIPTS HOLDING COMPANY, a
Delaware corporation,

                       Nominal Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 23, 2018, Defendants' motion to dismiss is GRANTED without prejudice and its motion to stay is DENIED AS MOOT. Defendants' motion

for oral argument is also DENIED AS MOOT.

**Dated:** New York, New York
May 21, 2018

                                                  RUBY J. KRAJICK

                                                  Clerk of Court

**BY:** *[signature]*

                                                  Deputy Clerk